IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

THE ALASKA LABORERS PENSION TRUST
and TRUSTEES OF THE ALASKA LABORERS
PENSION TRUST,
                                     Plaintiffs,

                                                                               Case No. 3:07-cv-00227 TMB
vs.

GENERAL CONCRETE, INC.
                                     Defendant.

**DEFAULT JUDGMENT**

      GENERAL CONCRETE, INC., Defendant herein, having been served by certified mail, restricted delivery, on November 13, 2007, and Defendant having failed to plead or otherwise defend said action, the legal time for pleading or otherwise defending having expired and default of Defendant having been duly entered according to law, upon the application of Plaintiffs, judgment is hereby entered against said Defendant pursuant to the prayer of Plaintiffs' complaint.

      THEREFORE, IT IS HEREBY ORDERED that Plaintiffs have judgment against and recover from Defendant GENERAL CONCRETE, INC., the principal amount of $1,404.00 for withdrawal liability, against which no credits, payments, and/or adjustments have been made; plus interest in the amount of $90.00; plus an amount equal to the greater of: (I) interest on the unpaid liability, or (ii) liquidated damages of twenty percent (20%) of the unpaid withdrawal liability in the amount of $280.80; plus attorneys fees in the amount of $3,087.00; plus costs in the amount of $377.62; for a

total judgment in the amount of $5,239.42 and that judgment will bear interest at highest allowable rate per annum from the date of judgment, until paid.

    LET EXECUTION ISSUE FORTHWITH.

DATED: July 10, 2008                                  /s/ Timothy M. Burgess
                                                                         TIMOTHY M. BURGESS
                                                                         U.S. DISTRICT COURT JUDGE